IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF LOUISIANA

VERONICA ALEXANDER
PLAINTIFF

VS.

MEDICAL CITY OF PLANO. ET AL,
DEFENDANTS

11-2407
SECT. L MAG. 2

CIVIL ACTION NUMBER:_____

## COMPLAINT BASED UPON PERSONAL INJURY.

1. THIS IS A CIVIL ACTION SEEKING DAMAGES AGAINST THE DEFENDANT FOR COMMITTING PERSONAL HARM AND INJURY IN AN UNSAFE MEDICAL ENVIRONMENT WHICH CONTRIBUTED TO MEDICAL MALPRACTICE AGAINST HER HUSBAND, CHARLES EDWARD JACKSON.

2. THE COURT HAS JURISDICTION SEVERE VIOLATIONS OF MEDICAL MALPRACTICE FOR NOT PROVIDING A SAFE MEDICAL ENVIRONMENT FOR HUSBAND CHARLES EDWARD JACKSON

3. THE PLAINTIFF, RESIDES AT:

>  VERONICA ALEXANDER
>  1114 BRISTOL TRIAL
>  DESOTO, TEXAS 75115

4. DEFENDANTS ARE NUMEROUS AND THEIR ADDRESSES ARE:

Page 1

1                     COMPLAINT FOR FEDERAL COURT

TENDERED FOR FILING
SEP 23 2011
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Fee Pauper
Process_____
X Dktd_____
___CtRmDep____
___Doc. No._____

THE MEDICAL CITY OF PLANO
3901 WEST 15TH 1ST
PLANO, TEXAS 75075

5. DEFENDANTS AIG IS AN INSURANCE CONGLOMERATE AND A SUBSIDIARY AND THEIR ADDRESS IS:

*METHODIST RICHARDSON MEDICAL CENTER*
*2321 EAST PRESIDENT GEORGE BUSH HWY*
*RICHARDSON, TEXAS 75082*

6. *DEFENDANT DR.NAIRA VABAIAN IS A MEDICAL DOCTOR AND THEIR ADDRESS IS:*

*DR. NAIRA VABAIAN*
*9128 W. PARKER RD-SUITE 1200*
*PLANO, TEXAS 75093*

### COUNT NUMBER 1

6. THE DEFENDANT IN AN ARBITRARY AND CAPRICIOUS WAY HAVE CONTRIBUTED TO THE PERSONAL INJURIES OF THE PLAINTIFF BY NOT PROVIDING A SAFE AND MEDICAL CARE ENVIRONMENT FOR HUSBAND CHARLES EDWARD JACKSON

### COUNT NUMBER 2

7. THE DEFENDANT IS IN SERIOUS VIOLATIONS OF STATE AND FEDERAL LAWS CONCERNING MEDICAL MALPRACTICE.

### COUNT NUMBER 3

8. THE DEFENDANT DELIBERATELY GROSS NEGLIGENCE IN NOT PROVIDING A

2

COMPLAINT FOR FEDERAL COURT

SAFE AND PROPER CARE MEDICAL ENVIRONMENT FOR HUSBAND CHARLES EDWARD JACKSON.

## COUNT NUMBER 4

9. THE DEFENDANT TOOK ADVANTAGE OF THE PLAINTIFF BECAUSE IS BLACK AND REFUSED TO PROVED HIM AMPLE ASSISTANCE WITH HIS HEALTH INJURIES WHICH WERE A RESULT OF THERE GROSS NEGLIGENCE IN NOT PROVIDING A SAFE AND MEDICAL CARE ENVIRONMENT FOR HUSBAND CHARLES EDWARD JACKSON.

## COUNT NUMBER 5

10. THE DEFENDANT HAS SHOWN THAT IT HAS NO INTENTIONS OF PROEPRLY TAKING CARE OF THE PLAINTIFF HUSBAND CHARLES EDWARD JACKSON AND HIS RELATED INJURIES AND HAVE CAUSED THE PLAINTIFF HUSBAND SEVERE MENTAL AND PHYSICAL STRESS IN THAT HER HUSBAND MAY NEVER BE ABLE TO PROPERLY WORK AGAIN.

TRIAL BY JURY :

JURY TRIAL REQUEST.

RELIEF REQUESTED

PLAINTIFF SEEKS JUDGMENT AS FOLLOWS:

A.    DAMAGES IN THE AMOUNT OF 50,000,000 FOR THE MENTAL STRESS AND

3
COMPLAINT FOR FEDERAL COURT

Page 3

PHYSICAL PAIN WHICH THIS SITUATION HAS CAUSED HIM.

RESPECTFULLY SUBMITTED:

*[signature: Veronica Alexander]*

VERONICA ALEXANDER , PRO SE

1114 BRISTOL TRAIL

DESOTO, TEXAS  75115

PLEASE PRESS FIRMLY



U.S. POSTAGE
PAID
FORT WORTH, TX
75112
SEP 21 11
AMOUNT
$4.95
00029760-02

1006  70130



# Flat Rate
# Mailing Envelope

*For Domestic and International Use*

*Visit us at usps.com*

USPS TRACKING NUMBER



9502 5102 9760 1264 6088 16

of mailable material may be enclosed, as long
ope is not modified, and the contents are
ined within the envelope with the adhesive
the means of closure.

IONAL RESTRICTIONS APPLY:

WEIGHT LIMIT ON
IONAL APPLIES

rms are required. Consult the
al Mail Manual (IMM) at pe.usps.gov
ail associate for details.

From:/Expéditeur:



From  Veronica Alexander
1114 Bristol Tr.
DeSoto, Texas 75115
TO  Clerk
U.S. District Court
500 Poydras Street
New Orleans, La. 70130

Label 228, January 2008

SPS packaging products have been awarded Cradle
Cradle Certification for their ecologically-intelligent
eign. For more information go to mbdc.com/usps
de to Cradle Certified is a certification mark of MBDC.

 Recycled Paper