IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| VERONICA ALEXANDER | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 4:11cv628 |
| | § | |
| MEDICAL CITY OF PLANO, et al. | § | |
| | § | |
| Defendants. | § | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Pursuant to the Memorandum Adopting Report and Recommendation of United States Magistrate Judge filed in this matter, it is hereby

**CONSIDERED, ORDERED** and **ADJUDGED** that all claims asserted in this action are **DISMISSED WITHOUT PREJUDICE**.

The matter shall be closed on the court's docket.

**IT IS SO ORDERED.**

SIGNED this the 10th day of September, 2013.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE